IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOSE SALOMON ARREOLA-AMAYA | § | |
| VS. | § | CIVIL ACTION NO. 9:13cv213 |
| FEDERAL BUREAU OF PRISONS | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Jose Salomon Arreola-Amaya, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court.

The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The Magistrate Judge recommends that the petition be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion the objections are without merit. The Bureau of Prisons properly determined petitioner was not entitled to credit towards his federal sentence for time spent in state custody. In addition, the Bureau did not abuse its discretion in concluding petitioner's state institution should not be designated as the place where his federal sentence was being served.

## ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. A final judgment shall be entered in accordance with the

recommendation of the Magistrate Judge.

So **ORDERED** and **SIGNED** this 5  day of **January, 2015.**

_____
Ron Clark, United States District Judge